|  | FILED _____ LODGED |
|---|---|
|  | _____ RECEIVED |
|  | Dec 24, 2014 |
|  | CLERK U.S. DISTRICT COURT |
|  | WESTERN DISTRICT OF WASHINGTON AT TACOMA |
|  | BY_____ DEPUTY |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

In the matter of:

Danny D. Baldwin, *sui juris,* nonresident alien individual and as *free inhabitant of Washington state.*
    Plaintiff in error

v.

COMMISSIONER OF INTERNAL REVENUE
Erin Ray AND OR DESIGNEE, in his/her individual capacity as a citizen of the United States
    Defendant

Case NO.   3:14-cv-06017-RBL

**PETITION TO QUASH IRS SUMMONS**

Plaintiff in error, by *SPECIAL APPEARANCE* and not general, Petitions this Honorable Court to Quash the Summons in this matter as issued in the absence of territorial jurisdiction and *in rem* jurisdiction over the things to be seized, and persona jurisdiction over the *persons* of Danny David Baldwin.

Dated this 24 day of December 2014.

*[signature]*

Danny David Baldwin, *sui juris*
c/o 1201 E. Yelm Ave. 400-250
Yelm Washington 98597